UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| BRIAN KAMEDULA, | ) | Case No. 3:10-cv-00160-ECR-RAM |
| | ) | |
| Plaintiff, | ) | ORDER |
| | ) | |
| vs. | ) | |
| | ) | |
| ROBERT BANNISTER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

On June 14, 2011, the Magistrate Judge filed a Report and Recommendation (#35) recommending that Defendants' Partial Motion to Dismiss (#31) be granted.

Plaintiff has filed Objections (#36) to the Report and Recommendation (#35). Defendants filed their Response to Plaintiff's Objections (#37) on July 5, 2011. We agree with the finding of the Magistrate Judge that Plaintiff's Fifth Amendment claim should be dismissed for failure to state a claim because no federal actors are alleged to have been involved. The State of Nevada and the Nevada Department of Corrections must be dismissed from this case because they are not "persons" for the purposes of 42 U.S.C. § 1983. Plaintiff's state law claims for medical and dental malpractice should be dismissed for failure to comply with Nevada Revised Statutes § 41A.071. Plaintiff's claim of deliberate

1  indifference is barred by the appropriate statute of limitations.  Finally, Plaintiff's
2  Eighth and Fourteenth Amendment claims should be dismissed for failure to
3  exhaust administrative remedies.
4      The Report and Recommendation of the Magistrate Judge is well taken
5  and is APPROVED and ADOPTED.  Therefore, IT IS ORDERED that
6  Defendants' Partial Motion to Dismiss (#31) is GRANTED.
7      The Clerk shall enter judgment accordingly.

Dated this 12th day of July 2011.

_____
EDWARD C. REED, JR.
United States District Judge