AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

***** DISTRICT OF   NEVADA

BRIAN KAMEDULA,

     Petitioner,        JUDGMENT IN A CIVIL CASE
V.

     CASE NUMBER   3:10-cv-00160-ECR-RAM

ROBERT BANNISTER, et al.,

     Respondents.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that defendants' Partial Motion to Dismiss [31] is GRANTED.

July 12, 2011                                                   **LANCE S. WILSON**
                                                                                                              Clerk

                                                                                                        /s/ M. Campbell
                                                                                                         Deputy Clerk