AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*    DISTRICT OF   NEVADA

BRIAN KAMEDULA,

        Plaintiff,

  V.

ROBERT BANNISTER, et al.,

       Defendants.

A M E N D E D
JUDGMENT IN A CIVIL CASE

CASE NUMBER    3:10-cv-00160-ECR-RAM

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that defendants' Partial Motion to Dismiss [31] is GRANTED.

July 12, 2011                                **LANCE S. WILSON**
                                                 Clerk

                                             /s/ M. Campbell
                                             Deputy Clerk