## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| BRIAN KAMEDULA, | ) | 3:10-cv-00160-ECR-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | April 13, 2012 |
| | ) | |
| ROBERT BANNISTER, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:  THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:     JENNIFER COTTER      REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is Defendants' Motion for Enlargement of Time to File Dispositive Motions (Doc. # 70), wherein Defendants request an additional one month extension of the deadline up to and including May 30, 2012, to file their dispositive motion.

Good cause appearing, defendants' Motion (Doc. # 70) is **GRANTED**.  Defendants shall have up to and including May 30, 2012, within which to file their dispositive motion.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK


By:          /s/
        Deputy Clerk
